AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DANNY RAY BISHOP | Case No.    6:18CR60018-001 |
|  | USM No.    15184-010 |
|  | Jessica Yarbrough |
|  | Defendant's Attorney |

☒ admitted guilt to violation of condition(s)   One (1) through Fifteen (15)   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of controlled substances | March 26, 2024 |
| Two | Use of controlled substances | July 8, 2024 |
| Three | Use of controlled substances | September 30, 2024 |
| Four | Failure to Comply with Substance Abuse Treatment | October 16, 2024 |
| Five | Use of a controlled substance | October 22, 2024 |
| Six | Use of controlled substances | February 11, 2025 |
| Seven | Use of controlled substances | February 26, 2025 |
| Eight | Use of controlled substances | March 3, 2025 |
| Nine | Attempt to Obstruct of Tamper with Testing Methods | March 3, 2025 |
| Ten | Use of controlled substances | March 5, 2025 |
| Eleven | Use of controlled substances | March 12, 2025 |
| Twelve | Use of controlled substances | March 19, 2025 |
| Thirteen | Use of controlled substances | April 7, 2025 |
| Fourteen | Use of controlled substances | April 9, 2025 |
| Fifteen | Failure to Comply with Substance Abuse Treatment | May 13, 2025 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2284

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Glenwood, Arkansas

June 27, 2025
Date of Imposition of Judgment

Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

June 30, 2025

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DANNY RAY BISHOP
CASE NUMBER: 6:18CR60018-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Thirteen (13) months imprisonment.  No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be housed as close to Hot Springs, Arkansas, as possible, so that he may be close to family.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____